UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MISTY DAWN TRAEGER, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 3:24-CV-1708-X-BW |
| § | |
| JOSHUA JONES, et al., § | |
| § | |
| *Defendants.* § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, the Court **GRANTS** Plaintiff Misty Dawn Traeger's motion for leave to file correct filings. (Doc. 6). By separate judgment, Traeger's Complaint, as supplemented, will be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim.

**IT IS SO ORDERED** this 18th day of March, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE